**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MICHELLE JOHNSON PETERSSEN, individually, and on behalf of all others similarly situated, | CASE NO. 1:21-cv-21629-DPG<br><br>JUDGE DARRIN P. GAYLES |
| Plaintiff, | |
| v. | |
| ROYAL UNITED MORTGAGE LLC, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Michelle Johnson Peterssen hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

                                          Respectfully Submitted,

Dated: July 12, 2021                   /s/ Avi R. Kaufman
                                                Avi R. Kaufman (FL Bar no. 84382)
                                                kaufman@kaufmanpa.com
                                                KAUFMAN P.A.
                                                400 NW 26th Street
                                                Miami, FL 33127
                                                Telephone: (305) 469-5881

                                                *Counsel for Plaintiff and the putative class*